FILED

JUN 8 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE USE OF A CELL-SITE SIMULATOR TO IDENTIFY THE CELLLULAR DEVICE CARRIED BY SILVERIO GOMEZ-HERNANDEZ. | NO. SA: 16-MJ-0243 |

## GOVERNMENT'S MOTION TO UNSEAL DOCUMENTS

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and hereby moves the Court for an Order unsealing all applications, affidavits, orders, and extensions thereof filed herein. The Government has an obligation to produce the above documents by way of discovery to the defendants in Criminal Number SA-16-CR-360-OG.

WHEREFORE, premises considered, it is respectfully requested that the Court enter an Order unsealing all applications, affidavits, orders, and extensions thereof filed herein.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
CHARLIE STRAUSS
Assistant United States Attorney